**BRISTOL–MYERS SQUIBB COMPANY, Plaintiff–Appellee,**

v.

**RHONE–POULENC RORER, INC., Rhone–Poulenc Rorer, S.A., and Centre National De La Recherche Scientifique, Defendants–Appellants.**

**Rhone–Poulenc Rorer, Inc. and Rhone–Poulenc Rorer, S.A., Plaintiffs/Counterclaim Defendants–Appellants,**

**and**

**Centre National De La Recherche Scientifique, Counterclaim Defendant–Appellant,**

v.

**Bristol–Myers Squibb Company, Defendant/Counterclaimant–Appellee.**

No. 02–1579.

United States Court of Appeals, Federal Circuit.

June 16, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

**INVERNESS MEDICAL SWITZER-LAND GMBH and Unipath Diagnostics, Inc., Plaintiffs–Appellees,**

v.

**PFIZER INC., Defendant–Appellant.**

No. 03–1194.

United States Court of Appeals, Federal Circuit.

June 16, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).